IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARVIN LOUIS ADAMS, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION 14-0131-CG-M |
| UNITED STATES OF AMERICA, | ) ) | CRIMINAL NO. 08-00155-CG-M |
| Respondent. | ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

Accordingly, it is **ORDERED** that Respondent's Motion to Dismiss (Doc. 109) be **GRANTED**, Petitioner's Motion to Vacate (Doc. 107) be **DENIED**, and that this action be **DISMISSED**. It is further **ORDERED** that any certificate of appealability filed by Petitioner be **DENIED** as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 3rd day of July, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE