# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MARVIN LOUIS ADAMS, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION 14-0131-CG-M |
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 08-00155-CG-M |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent, the United States of America, and against Petitioner, Marvin Louis Adams.

**DONE and ORDERED** this 3rd day of July, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE