## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARVIN LOUIS ADAMS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL NO. 08-00155-CG** |
| | ) | **CIVIL ACTION 14-0131-CG-M** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent, the United States of America, and against Petitioner, Marvin Louis Adams.

**DONE and ORDERED** this 19th day of September, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE