IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARVIN LOUIS ADAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 14-0131-CG-N |
| ) | |
| UNITED STATES OF AMERICA, ) | CRIM ACTION 08-00155-CG-N |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner, Marvin Louis Adams' Motion for Relief pursuant to Fed. R. Civ. Pro. 60(b)(6) is **DENIED**. It is further **ORDERED** that Adams is **DENIED** a Certificate of Appealability in relation to this final adverse order. Finally, the Court certifies that any appeal of this order would be without merit and therefore not taken in good faith. Thus, Adams is not entitled to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 21st day of July, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE