IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARVIN LOUIS ADAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 14-0131-CG-N |
| ) | |
| UNITED STATES OF AMERICA, ) | CRIM ACTION 08-00155-CG-N |
| ) | |
| Respondent. ) | |

## **JUDGMENT**

In accordance with the Order entered this date denying Marvin Louis Adams' Motion for Relief pursuant to Fed. R. Civ. Pro. 60(b)(6), it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Respondent, United States of America, and against Petitioner Adams, and that Adams is not entitled to a Certificate of Appealability or to appeal in forma pauperis.

**DONE and ORDERED** this 21st day of July, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE